UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ROBIN M. REITZ, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00117-LRH-RAM |
| ) | |
| v. ) | |
| ) | O R D E R |
| STATE OF WASHINGTON, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr. (#9[1]) entered on March 24, 2011, recommending dismissing this action with prejudice and entering judgment accordingly. Plaintiff filed her Objections to Report and Recommendation of U.S. Magistrate Judge (#11) on April 8, 2011, and her Amended Objections to Report and Recommendation of U.S. Magistrate Judge (#12) on April 14, 2011. No response to the objections was filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections, pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and

---

[1] Refers to court's docket number.

Recommendation (#9) entered on March 24, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#9) entered on March 24, 2011, is adopted and accepted, and therefore

IT IS ORDERED THAT this case is DISMISSED with prejudice and that the Clerk of the Court enter judgment accordingly.

IT IS SO ORDERED.

DATED this 16th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE