AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

ROBIN M. REITZ,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

                                 CASE NUMBER: **3:11-cv-00117-LRH-RAM**

STATE OF WASHINGTON, et al.,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice.


   May 16, 2011      **LANCE S. WILSON**
                                                                            Clerk


                                                                    /s/ D. R. Morgan
                                                                       Deputy Clerk